# No. 13,951.

## OBODOV *v.* FOSTER ET AL.
### (68 P. [2d] 565)

Decided May 5, 1937.

Mr. IRVING L. GREENWALD, Mr. PHILIP HORNBEIN, for plaintiff in error.

Mr. WILBUR F. DENIOUS, Messrs. WINTERS & NAGEL, Mr. HUDSON MOORE, Mr. DAYTON DENIOUS, for defendants in error.

*Per Curiam.*

AT the close of oral argument the court held the amended complaint good as against general demurrer and motion to strike and ordered the judgment reversed with directions to overrule the motion and fix time for answer.

By MR. CHIEF JUSTICE BURKE, MR. JUSTICE YOUNG and MR. JUSTICE BAKKE.